# SEALED

## UNITED STATES DISTRICT COURT
for the
Western District of Virginia

CLERKS OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUN 27 2018

JULIA C. DUDLEY, CLERK
BY: s/ H. MCDONALD
DEPUTY CLERK

In the Matter of the Search of )
*(Briefly describe the property to be searched or identify the person by name and address)* )
)  Case No. 4:18-mj-00072
The premises of 2165 North Main Street, Apartment 5 )
Danville, Virginia 24540 )
)

### SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the __Western__ District of __Virginia__
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A (incorporated herein by reference)

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B (incorporated herein by reference)

**YOU ARE COMMANDED** to execute this warrant on or before __June 24, 2018__ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to __The Honorable Joel C. Hoppe__.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 06/11/2018 1:27 pm

*Judge's signature*

City and state: Charlottesville, Virginia   The Honorable Joel C. Hoppe, U.S. Magistrate Judge
*Printed name and title*

| Return | | |
|---|---|---|
| Case No.: 4:18-mj-00072 | Date and time warrant executed: 6-14-18 6:14 AM | Copy of warrant and inventory left with: Michelle Harris |
| Inventory made in the presence of: Michelle Harris | | |
| Inventory of the property taken and name of any person(s) seized: | | |

No items seized

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6-14-18

*Executing officer's signature*

Alexander Weisz    Special Agent - FBI
*Printed name and title*

Received in chambers by reliable electronic means and sworn and attested to by telephone on June 27, 2018.

U.S. Magistrate Judge

## ATTACHMENT A (2165 N. Main St., Apt. 5, Danville, Virginia)

This residence is a single-structure, multi-family dwelling that sits on the west side of N. Main Street. It is a two-story structure comprised of a brick lower half and yellow siding covering the upper half. An overhang creates a porch-like structure in front of each residence. The front doors and shudders are dark in color. A parking lot sits in front of the building.





## Attachment B

## Particular Things to be Seized

I.    Evidence of street gang membership or affiliation with any street gang, including but not limited to:

    A.    Any document or materials referencing gangs or gang membership, including any drawings, writings, notebooks, papers, objects, or graffiti depicting gang names or gang members' names, initials, logos, nicknames, or slogans;

    B.    Any membership rosters or a description of gang membership or affiliation, activity, or identity;

    C.    Any material or object which appears to depict evidence of any criminal activity;

    D.    Any photographs and videos which appear to depict enterprise evidence, such as depictions of persons displaying gang signs, firearms, or money;

    E.    Any document or materials referencing gang rules, regulations, pledges, oaths, procedures, codes or knowledge;

    F.    Any address books, lists of, or single references to addresses or telephone numbers of persons who are determined to belong to or to be affiliated with any street gangs;

    G.    Any communications involving persons who appear to be members of or affiliated with any street gang;

    H.    Any cellphones which appear to belong to gang members;

    I.    Any computers, laptops, or electronic tablets (such as iPads) which appear to belong to gang members;

    J.    Any electronic device capable of digitally storing images, videos, or media files, such as cameras, thumb drives, compact discs, or SD cards; and

    K.    Any bandanas.

II. Evidence of trafficking in firearms, including firearms and ammunition.

III. Evidence of trafficking in controlled substances, including but not limited to controlled substances, controlled substance residue, scales, baggies, and other paraphernalia, owe sheets, and U.S. currency.